IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brothers, Chaefeil

Printed: 01/22/09

Case Number: 08 B 13158
Judge: Wedoff, Eugene R
Filed: 5/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,300.04 |  |
| Secured: |  | 500.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,648.66 |
| Trustee Fee: |  | 151.38 |
| Other Funds: |  | 0.00 |
| Totals: | 2,300.04 | 2,300.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,648.66 |
| 2. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 12,300.00 | 500.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 210.00 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 42.74 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 170.19 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 1,081.30 | 0.00 |
| 8. | Verizon Wireless Midwest | Unsecured | 128.60 | 0.00 |
| 9. | Carrington Mortgage Services, LLC | Secured |  | No Claim Filed |
| 10. | Verizon Wireless Midwest | Unsecured |  | No Claim Filed |
| 11. | Global Payments | Unsecured |  | No Claim Filed |
| 12. | Professional Account Management | Unsecured |  | No Claim Filed |
| 13. | Illinois Tollway | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,396.83 | $ 2,148.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 27.80 |
| 6.6% | 123.58 |
|  | $ 151.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brothers, Chaefeil

Printed: 01/22/09

Case Number:  08 B 13158
Judge:  Wedoff, Eugene R
Filed:  5/23/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

